```
                            United States Bankruptcy Court
                                 District of Arizona
In re:                                                        Case No. 19-08846-PS
DESIREE LORRIANE DRAKE                                        Chapter 7
         Debtor          CERTIFICATE OF NOTICE
District/off: 0970-2           User: admin              Page 1 of 2          Date Rcvd: Jul 23, 2019
                               Form ID: 309A            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db            +DESIREE LORRIANE DRAKE,    7307 W. PEORIA AVENUE,    PEORIA, AZ 85345-6017
15670152       Ad Astra Recovery Services,    8918 W 21st ST. N, Ste. 200,    PMB 303,    Wichita KS 67205-1880
15670155      +Amcol,   111 Lancewood Rd,    Columbia SC 29210-7523
15670156      +Arizona Department of Economic Security,    Unemployment Insurance Administration,
                P. O. Box 29225,    Phoenix AZ 85038-9225
15670160      +Banner Urgent Care,    PO Box 2916,    Phoenix AZ 85062-2916
15670162      +CJ Auto Sales,    811 N Scottsdale Rd,    Scottsdale AZ 85257-4220
15670161     #+Charles Kilpatrick CPA PLLC,    2158 N. Gilbert Road,    #107,    Mesa AZ 85203-2109
15670169       NCC Business Service,    3428 Baymeadows Rd.,    Ste. 200,    Jacksonville FL 32256-2017
15670170      +NCC Business Services,    PO Box 24739,    Jacksonville FL 32241-4739
15670168      +National Medical Professionals,    P.O. Box 841407,    Dallas TX 75284-1407
15670158      +arrow head hospital,    18701 N 67th Ave,    Glendale AZ 85308-7101
15670163      +cj auto sales,    1313 S Country Club Dr,    Mesa AZ 85210-5129
15670172      +nextcare,    10240 N 43rd Ave #3,    Glendale AZ 85302-2044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: tom@nwrelief.com Jul 24 2019 02:06:58      THOMAS ADAMS MCAVITY,
                PHOENIX FRESH START BAKRUPTCY ATTORNEYS,    4742 N. 24TH STREET, #300,    PHOENIX, AZ  85016
tr             EDI: QLHGOERNITZ.COM Jul 24 2019 05:23:00      LOTHAR GOERNITZ,    P.O. BOX 32961,
                PHOENIX, AZ  85064-2961
smg            EDI: AZDEPREV.COM Jul 24 2019 05:23:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
15670153       EDI: AFNIRECOVERY.COM Jul 24 2019 05:23:00      AFNI,    PO Box 3517,    Bloomington IL 61702-3517
15670154      +EDI: AFNIRECOVERY.COM Jul 24 2019 05:23:00      AFNI, Inc.,    Attn: Bankruptcy,    PO Box 3517,
                Bloomington IL 61702-3517
15670151      +E-mail/Text: bankruptcy@speedyinc.com Jul 24 2019 02:10:29      Ad Astra Recovery,
                3607 N. Ridge Road,    Wichita KS 67205-1232
15670157      +EDI: AZDEPREV.COM Jul 24 2019 05:23:00      Arizona Department of Revenue,    P.O. Box 52016,
                Phoenix AZ 85072-2016
15670159       EDI: BANKAMER.COM Jul 24 2019 05:23:00      Bank of America,    Billing Inquires,    PO Box 982235,
                El Paso TX 79998-2235
15670164      +E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2019 02:11:27      Dept. of Education,
                Attn: Bankruptcy,    3015 Parker Rd., Ste 400,    Aurora CO 80014-2904
15670165       E-mail/Text: compliance@iqdata-inc.com Jul 24 2019 02:13:11      IQ DATA INTERNATIONAL,
                P.O. Box 3568,    Everett WA 98213-8568
15670166       E-mail/Text: compliance@iqdata-inc.com Jul 24 2019 02:13:11      IQ Data International, Inc.,
                PO Box 2130,    Everett WA 98213-0130
15670167       EDI: IRS.COM Jul 24 2019 05:23:00      IRS,    Central Insolvency Operations,    PO Box 7346,
                Philadelphia PA 19101-7346
15670171      +E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2019 02:11:27      Nelnet,    POB 82525,
                Lincoln NE 68501-2525
15670177       EDI: NEXTEL.COM Jul 24 2019 05:23:00      Sprint Headquarters,    6200 Sprint Parkway,
                Overland Park KS 66251
15670174      +E-mail/Text: bankruptcy@speedyinc.com Jul 24 2019 02:10:28      Speedy Cash Collections,
                3611 N. Ridge Road,    Wichita KS 67205-1214
15670175      +E-mail/Text: bankruptcy@speedyinc.com Jul 24 2019 02:10:29      Speedy Cash Corporate,
                3527 N. Ridge Road,    Wichita KS 67205-1212
15670176       EDI: NEXTEL.COM Jul 24 2019 05:23:00      Sprint,    PO Box 7993,    Overland Park KS 66207-0993
15670178      +EDI: WFFC.COM Jul 24 2019 05:23:00      Wells Fargo,    PO Box 51193,    Los Angeles CA 90051-5493
15670179      +EDI: WFFC.COM Jul 24 2019 05:23:00      Wells Fargo Bank,    Attn: Bankruptcy,    PO Box 6995,
                Portland OR 97228-6995
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15670173     ##+Peak Acceptance,    4100 Spring Valley Rd,    # 820,    Dallas TX 75244-3678
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2019 at the address(es) listed below:

      LOTHAR GOERNITZ    lothargoernitz@lgt.phxcoxmail.com, lgoernitz@ecf.axosfs.com
      THOMAS ADAMS MCAVITY    on behalf of Debtor DESIREE LORRIANE DRAKE tom@nwrelief.com, melissa@nwrelief.com
      U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV

                                                                TOTAL: 3

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **DESIREE LORRIANE DRAKE** | | Social Security number or ITIN | **xxx–xx–4048** |
| | First Name   Middle Name   Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | | Date case filed for chapter **7**  **7/18/19** | |
| Case number:   **2:19-bk-08846-PS** | | | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | DESIREE LORRIANE DRAKE | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7307 W. PEORIA AVENUE<br>PEORIA, AZ 85345 | |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS ADAMS MCAVITY<br>PHOENIX FRESH START BAKRUPTCY ATTORNEYS<br>4742 N. 24TH STREET, #300<br>PHOENIX, AZ 85016 | Contact phone 503–739–3474<br>Email: tom@nwrelief.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ 85064–2961 | Contact phone 602–263–5413<br>Email: lothargoernitz@lgt.phxcoxmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona** **230 North First Avenue, Suite 101** **Phoenix, AZ 85003–1727** | Office Hours: 8:30 am – 4:00 pm Monday–Friday Contact Phone: (602) 682–4000 Date: 7/23/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 19, 2019 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/18/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 2:19-bk-08846-PS   Doc 8   Filed 07/23/19   Entered 07/25/19 22:03:19   Desc
Imaged Certificate of Notice   Page 4 of 4